IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3118-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| RODNEY L. HEROLD, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant seeks a continuance of sentencing in order to effectuate a Rule 20 transfer of another case to the District of Nebraska.  Apparently, the defendant anticipates an indictment in Illinois for bank robbery and desires to transfer that case to the District of Nebraska for plea and sentencing.  The defendant evidently believes that the Illinois case may be related to this one and that sentencing in this case and the Illinois matter should proceed in tandem.  Counsel represents that the government has no objection to the continuance.

I will grant the continuance motion.  But, I will set a deadline for effectuation of the Rule 20 transfer and for the submission of a status report.  *Defense counsel should take care to note these deadlines.*  Therefore,

IT IS ORDERED that:

1. Sentencing is continued until further order of the court.  The defendant's motion (filing 47) is granted as provided herein.

2. The defendant shall cause the Illinois case to be transferred to the District of Nebraska and assigned to me as a related case.  The defendant shall accomplish this transfer no later than June 23,

1

2006. The defendant through his counsel shall file a status report on the earlier of June 23, 2006 or when the Rule 20 transfer has been effectuated.

3. My chambers shall call this case to my attention on June 26, 2006.

April 24, 2006.                              BY THE COURT:

                                             s/ *Richard G. Kopf*
                                             United States District Judge