IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3118-2 |
| | ) | 4:06CR3068-2 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| RODNEY L. HEROLD, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant is charged with a Nebraska bank robbery in 4:05CR3118. He has entered a plea of guilty and awaits sentencing.

More recently, he was charged with bank robbery in Illinois. That case, 4:06CR3068, has been transferred to Nebraska and assigned to me. The defendant desires to enter a plea of guilty to that charge.

On July 6, 2006, I consulted the lawyers and the probation officer. With their agreement,

IT IS ORDERED that:

1. These two cases shall be proceed to sentencing at the same time. The sentencing in 4:05CR3118 is continued until further order of the court. See paragraph 3 below.

2. On July 20, 2006, at 11:00 A.M., the defendant and counsel shall appear before Judge Piester for an arraignment and plea hearing in 4:06CR3068.

1

3. Following the plea hearing described in paragraph 2, Judge Piester should enter an identical sentencing order scheduling sentencing for both 4:05CR3118 and 4:06CR3068. Pursuant to that scheduling order, the probation officer shall prepare a revised presentence report for 4:05CR3118 and a new presentence report for 4:06CR3068.

4. The time between today's date and July 20, 2006, is excluded for Speedy Trial Act computation purposes regarding 4:06CR3068 in the interests of justice and particularly because the parties reasonably need this additional time to prepare their petition to enter a plea of guilty and a plea agreement. See 18 U.S.C. § 3161(h)(8).

5. My chambers shall provide Judge Piester with a copy of this memorandum and order and call his attention to paragraphs 2 and 3 of this memorandum and order. My chambers shall also provide Mr. Nelson with a copy of this memorandum and order.

July 6, 2006.                               BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            United States District Judge